IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | §   CRIMINAL NO. 3:09-CR-002-D |
| | § |
| BRYAN MUNSON EWING, | § |
| | § |
| Defendant. | § |

### ORDER

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge, in accordance with 28 U.S.C. § 636(b)(1), the undersigned is of the opinion that the findings and conclusions of the magistrate judge are correct, and they are adopted as the findings and conclusions of the court.

For the reasons stated in the findings, conclusions, and recommendation, defendant's December 23, 2009 motion to dismiss the indictment is denied for lack of jurisdiction.

**SO ORDERED.**

March 15, 2010.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE